UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEON ISAAC KENNEDY, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> GODADDY, INC., SPIRIT MEDIA, ARTHUR PHOENIX, an Individual, And JOHN DOE DEFENDANTS 1-5, <br><br> Defendants. | Cause No.  1:13-cv-876-RLY-DML |

**DEFENDANT GODADDY.COM, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3) OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) AND 28 U.S.C. § 1406(a)**

Defendant GoDaddy.com, LLC, by and through the undersigned counsel, respectfully moves this Court for an order dismissing Plaintiff Leon Isaac Kennedy's Complaint ("Plaintiff") under Federal Rule of Civil Procedure 12(b)(3) for lack of venue.  As set forth more fully in the accompanying Memorandum, this Motion is made on the grounds that Plaintiff cannot demonstrate that venue in this district is proper, as required by 28 U.S.C. § 1391(b).

Defendant GoDaddy.com, LLC also moves this Court, in the alternative, for an order transferring the instant lawsuit to the District of Arizona, pursuant to either 28 U.S.C. § 1404(a) or 28 U.S.C. § 1406(a).  Venue is proper in the District of Arizona, where all of the named defendants reside.

Defendant GoDaddy.com, LLC's request for relief is based on this Motion, the concurrently filed Memorandum of Points and Authorities in support thereof, all pleadings and papers on file in this action, all other matters of which the Court may take judicial notice, and

such other and further matters as may be presented to the Court at, or in connection with, a hearing.

                Respectfully submitted,

                /s/ Ryan M. Hurley
                Ryan M. Hurley
                Faegre Baker Daniels LLP
                300 N. Meridian Street
                Suite 2700
                Indianapolis, IN 46204
                ryan.hurley@faegrebd.com

                Aaron M. McKown (*pro hac vice* application pending)
                Paula L. Zecchini (*pro hac vice* application pending)
                Wrenn Bender LLLP
                2 Park Plaza, Suite 550
                Irvine, CA 92614
                pzecchini@wrennbender.com

                *Counsel for Defendant GoDaddy.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, a copy of the foregoing Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(3) or, in the Alternative, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1406(a) was filed electronically.  The following counsel received service via the Court's ECF system.

>Theodore J. Minch
>SOVICH MINCH LLP
>10099 Chesapeake Drive, Suite 100
>McCordsville, Indiana 46055


>/s/ Ryan M. Hurley